### STORES v. STORES.

An order drawn by the plaintiff on a third person, for value received in favor of the defendant, and delivered to him, may be charged on book, and the plaintiff be allowed to swear to it.

ACTION of debt by book. Plea — owe nothing. Issue to jury. The book consisted of two articles; one for cash paid £4, and one for an order drawn in favor of the defendant, on William Campbell, for £60 value received.

Question to the court — Whether such an order may be charged on book; and whether the plaintiff may be admitted to swear to it, when in the writing he has acknowledged that he has received the value.

By the COURT. The order may properly be charged on book, and the plaintiff be allowed to swear to it, it being an article of commerce; there is a wide difference between an action brought upon an order or bill of exchange, and an action brought for an order or bill of exchange.